UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| BLAINE LEASED HOUSING ASSOCIATES III, LLP, | Civil No. 25-2318 (JRT/DJF) |
| Plaintiff, | |
| v. | **ORDER ON REPORT AND RECOMMENDATION** |
| RENTOKIL NORTH AMERICA, INC, *doing business as* Presto-X, | |
| Defendant. | |

Matthew R McBride, **WINTHROP & WEINSTINE, PA,** 225 S 6th St Ste 3500, Minneapolis, MN 55402-4629, for plaintiff.

Eric J Steinhoff, **LIND JENSEN SULLIVAN & PETERSON, PA,** 901 Marquette Ave. S., Ste. 1300, Minneapolis, MN 55402, for defendant.

United States Magistrate Judge Dulce Foster filed a Report and Recommendation on 06/16/2025.  Based upon Judge Foster's Report and Recommendation, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** this matter is remanded to the Anoka County District Court for lack of federal subject matter jurisdiction.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

DATED: June 24, 2025
at Minneapolis, Minnesota

                                                      s/John R. Tunheim
                                                      JOHN R. TUNHEIM
                                                United States District Judge